UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**NEW JERSEY REGIONAL COUNCIL OF CARPENTERS; BROOKSIDE CONSTRUCION CORPORATION OF SEWELL, NEW JERSEY**;
*individually and on behalf of a class*,

        Plaintiffs,

v.

**D.R. HORTON, INC.; TOSA CONSTRUCTION, INC./N. PAONE CONSTRUCTION, INC.**,

        Defendants.

Civil Action No. 08-1731 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

For the reasons articulated in the Opinion filed herewith, and good cause appearing,

It is on this 30th day of June, 2010, hereby

**ORDERED** that D. R. Horton, Inc.'s motion to dismiss for lack of personal jurisdiction [D.E. 58] is **denied**.

/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.