UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NEW JERSEY REGIONAL COUNCIL OF
CARPENTERS; BROOKSIDE
CONSTRUCION CORPORATION OF
SEWELL, NEW JERSEY;
*individually and on behalf of a class*,

Plaintiffs,

v.

D.R. HORTON, INC.;
TOSA CONSTRUCTION, INC./N. PAONE
CONSTRUCTION, INC.,

Defendants.

Civil Action No. 08-1731 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

This matter having come before the Court by way of a motion by defendant D.R. Horton, Inc., to amend the Court's order [D.E. 83] for certification of an interlocutory appeal [D.E. 85]; and the Court having considered the parties' arguments and written submissions, and for the reasons stated in the Court's Opinion filed herewith,

**IT IS** on this 31st day of March, 2011,

**ORDERED** that Horton's motion to amend the Court's order [D.E. 83] for certification of an interlocutory appeal is **denied**.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1